IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 124-004 |
| | ) | |
| JEREMIAH JENKINS | ) | |

**O R D E R**

Before the Court is the parties' Joint Status Report, in which counsel request thirty additional days to complete plea negotiations. (Doc. no. 18.) The Court **ORDERS** the parties to file a Notice of Plea Agreement or, if a plea agreement has not been reached, a new Joint Status Report, within thirty days of the date of this Order.

Any remaining deadlines established by the Scheduling and Discovery Order shall remain the same.

SO ORDERED this 20th day of May, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA