IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs.** | ) | **1:24CR00004-1** |
| | ) | |
| **Jeremiah Jenkins** | ) | |

**ORDER**

On August 26, 2024, Jeremiah Jenkins appeared before the Honorable Brian K. Epps, former United States Magistrate Judge, Southern District of Georgia, and was sentenced, following a guilty plea, to twelve months probation for the offenses of reckless driving (Count 1) and DUI on a military reservation (Count 2). As special conditions of probation, Jenkins was ordered to complete forty hours of community service; complete a DUI Alcohol Use Risk Reduction Program; and complete a clinical evaluation and, if recommended as a part of such evaluation, a substance abuse treatment program. Jenkins was further ordered to pay a $50 special assessment, due immediately, and an $800 fine, payable at the rate of $80 per month.

On September 29, 2025, Jenkins appeared before Judge Epps for a final revocation hearing, after having committed the following violations of his probation: failing to report a change to his residence status; failing to disclose a change to his employment status; failing to complete forty hours of community service; failing to complete a DUI Alcohol Use Risk Reduction Program; failing to complete a clinical evaluation; failing to maintain his financial obligations; and failing to follow the instructions of the probation officer. Judge Epps found that Jenkins violated the terms and conditions of his probation and extended his probation term for an additional twelve months. Additionally, Judge Epps ordered that Jenkins complete his original forty hours of community service, DUI Alcohol Use Risk Reduction Program, and clinical evaluation on or before December 15, 2025. Judge Epps further converted Jenkins' outstanding fine balance of $720 to an additional twenty hours of community service, to be completed on or before July 31, 2026.

On August 19, 2026, the probation office submitted a petition to show cause why Jenkins' supervision should be revoked. The petition alleged that Jenkins failed to submit proof that he had completed any of his required 60 hours of community service; failed to submit proof that he had completed a DUI Alcohol Use Risk Reduction Program; and failed to follow the instructions of the probation officer on each of August 7, 2026, and August 15, 2026.

On September 8, 2026, a final revocation hearing was held to address the violations outlined above. Jenkins, through his attorney, Sarah Timmers, stipulated to all the violations outlined in the petition. The Court found that Jenkins violated the terms and conditions of his probation; however, the Court opted not to revoke Jenkins' probation, due to Jenkins submitting proof that he had completed his 60 hours of community service and the DUI Alcohol Use Risk Reduction Program. Additionally, the Court ordered that Jenkins' revocation matter be resolved, and that his probation be terminated.

**SO ORDERED**, this 15th day of September, 2026.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA